**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-6669**

───────────

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

JOHN ERIC HUGHES,

               Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:00-cr-00004-JRS-2)

───────────

Submitted:  October 19, 2010      Decided:  October 27, 2010

───────────

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

John Eric Hughes, Appellant Pro Se.  Michael Cornell Wallace,
OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Eric Hughes appeals the district court's order denying his motion for reconsideration of an order denying Hughes' motion to correct his presentence report. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hughes, No. 3:00-cr-00004-JRS-2 (E.D. Va. Aug. 31, 2009). We deny Hughes' motion to supplement the appellate brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED